**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **MARY MILTIADES, as Executrix of the Estate of William Arthur Miltiades, Jr.,** )<br><br>)<br><br>**Plaintiff,** )<br><br>)<br>**vs.** )<br><br>)<br>**ULTIMATE EARTH, LLC d/b/a** )<br>**ULTIMATE KILIMANJARO;** )<br>**ULTIMATE EARTH, LLC; KEVIN** )<br>**HWANG; and UEX, LLC d/b/a** )<br>**ULTIMATE EXPEDITIONS** )<br><br>)<br>**Defendants.** )<br><br>) | **Case No.: 4:25-cv-00224-RSB-CLR** |

<u>**NOTICE OF APPEARANCE**</u>

NOW COMES **BRIAN E. SOPP**, a member of the Bar of this Court and an attorney in the law firm of Hunter Maclean Exley & Dunn, P.C., Post Office Box 9848, Savannah, Georgia 31412, and subject to all rights and defenses of **ULTIMATE EARTH, LLC d/b/a ULTIMATE KILIMANJARO; ULTIMATE EARTH, LLC; KEVIN HWANG; and UEX, LLC d/b/a ULTIMATE EXPEDITIONS** ("Defendants") hereby respectfully enters his appearance as a counsel of record for Defendants in the above-styled action.

Respectfully submitted this 7th day of October, 2025.

                        **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

                        */s/Brian E. Sopp*
                        Brian E. Sopp
                        Georgia Bar No. 902519
                        *Attorneys for Defendant*

200 East Saint Julian Street
Savannah, Georgia 31401
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: bsopp@huntermaclean.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **MARY MILTIADES, as Executrix of the Estate of William Arthur Miltiades, Jr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ULTIMATE EARTH, LLC d/b/a** | ) | **Case No.: 4:25-cv-00224-RSB-CLR** |
| **ULTIMATE KILIMANJARO;** | ) | |
| **ULTIMATE EARTH, LLC; KEVIN** | ) | |
| **HWANG; and UEX, LLC d/b/a** | ) | |
| **ULTIMATE EXPEDITIONS** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a copy of **Notice of Appearance**

upon all parties to this matter by using the CM/ECF system which will send a notice of

electronic filing to the following:

Brent J. Savage
Savage & Turner, P.C.
102 East Liberty Street, 8th Floor
Savannah, GA 31412
bsavage@savagelawfirm.net

This 7th day of October, 2025.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

_/s/Brian E. Sopp_
Brian E. Sopp
Georgia Bar No. 902519
_Attorneys for Defendant_

200 East Saint Julian Street
Savannah, Georgia 31401
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: bsopp@huntermaclean.com

2