**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| MARY MILTIADES, as Executrix of the Estate of William Arthur Miltiades, Jr., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No.: 4:25-CV-00224-RSB-CLR |
| ULTIMATE EARTH, LLC d/b/a ULTIMATE KILIMANJARO; ULTIMATE EARTH, LLC; KEVIN HWANG; and UEX, LLC d/b/a ULTIMATE EXPEDITIONS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AGREEMENT**
**AND JOINT STIPULATION OF DISMISSAL**

NOW COME the Plaintiff and Defendants in the above-captioned action, by and through their undersigned counsel, notify the Court that they have reached a settlement as to all claims and counterclaims. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal, with prejudice, of all claims and counterclaims asserted in this action.

Respectfully submitted this 25th day of June, 2026.

| SAVAGE & TURNER, P.C. | HUNTER, MACLEAN, EXLEY & DUNN, P.C. |
|---|---|
| By: /s/ *Tania D. Groover* | By: /s/*Allan C. Galis* |
| Tania D. Groover | Allan C. Galis |
| Georgia Bar No. 127947 | Georgia Bar No. 185603 |
| 102 East Liberty Street, 8th Floor | Brian E. Sopp |
| Post Office Box 10600 | Georgia Bar No. 902519 |
| Savannah, Georgia 31412 | 200 East Saint Julian Street |
| Phone: (912) 231-1140 | Post Office Box 9848 |
| tgroover@savagelawfirm.net | Savannah, Georgia 31401 |
| *Attorneys for Plaintiff* | Telephone: 912.236.0261 |
| | agalis@huntermaclean.com |
| | bsopp@huntermaclean.com |
| | *Attorneys for Defendants* |

1